IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**SYNOVUS SECURITIES, INC.,**

    **Plaintiff,**     Case No.: _____

v.

**JAVIER SANTANA,**

    **Defendant.**
_____/

## PLAINTIFF'S COMPLAINT

Plaintiff Synovus Securities, Inc. ("Plaintiff" or "Synovus") files this Complaint against Defendant Javier Santana ("Defendant" or "Santana") and states as follows:

## THE PARTIES

1. Synovus is a broker-dealer and a Georgia corporation, with its principal place of business in Columbus, Georgia. Synovus is a wholly-owned subsidiary of Synovus Financial Corp.

2. Santana was a registered representative employed by Synovus in Port St. Lucie, Florida, from October 28, 2019 until January 21, 2021. Santana is a citizen of St. Lucie County, Florida.

## JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332. There is complete diversity as Synovus is a citizen of Georgia, and Santana is a citizen of Florida. The amount in controversy exceeds $75,000.00, exclusive of interest, attorney's fees, and costs.

4. Pursuant to 28 U.S.C. § 1391, venue is proper in this Court because Santana resides in this judicial district and a substantial part of the events or omissions giving rise to the claims occurred in this judicial district.

## FACTS

5. Santana voluntarily executed a Compensation Agreement and Promissory Note (the "Note") in favor of Synovus on October 18, 2019. *See* Note attached here as Exhibit A at 1.

6. Under the terms of the Note, Santana agreed to repay $200,000 plus interest.

7. Pursuant to the Note, the balance on the Note would become immediately due in the event Santana's employment with Synovus was terminated for any reason other than death or disability.

8. The Note further provided that, in the event of any default thereunder, Santana agreed to pay all reasonable attorneys' fees and costs of collection. *See* Exhibit A at 2.

9. On or around January 21, 2021, Santana resigned from Synovus.

10. At the time of Santana's resignation, the outstanding balance due on the Note was $172,513.92.

11. Santana was obligated to immediately repay Synovus the outstanding balance due under the Note, but was unable to do so upon his resignation, so Synovus agreed to allow Santana to repay the Note on a payment plan.

12. On March 26, 2021, Santana voluntarily executed an Affirmation of Debt and Payment Plan (the "Payment Plan Agreement"), in which he affirmed that he owed Synovus $172,513.92 plus accrued interest under the Note, agreed to pay $300.00 per month beginning on April 1, 2021 and continuing for twelve consecutive months thereafter. *See* Payment Plan Agreement attached here as Exhibit B. The balance of the Note plus interest would then become due and payable (the "balloon payment") on April 1, 2022. *See id.* The Payment Plan Agreement also affirmed that all terms and conditions of the Note remain in full force and effect, including Santana's obligation to pay all reasonable attorney's fees and costs of collection in the event of a breach. *See id.*

13. Santana failed to make the required balloon payment on April 1, 2022.

14. As of April 12, 2022, the total amount owing to Synovus pursuant to the Note and Payment Plan Agreement is $177,932.75 (the "Indebtedness"), exclusive of attorney's fees and costs.

## COUNT I – BREACH OF CONTRACT

15. Synovus incorporates Paragraphs 1 through 15 as if fully stated herein.

16. The Payment Plan Agreement constitutes a valid and binding contract between Synovus and Santana.

17. Santana breached the Payment Plan Agreement when he failed to make the balloon payment on April 1, 2022.

18. Synovus has suffered and continues to suffer damages as a result of Santana's breach(es) of the Payment Plan Agreement.

19. Synovus is entitled to damages against Santana in the amount of the Indebtedness, plus all reasonable attorney's fees and costs.

**WHEREFORE**, Synovus demands judgment against Santana for $177,932.75, plus pre-judgment interest at the default rate, post-judgment interest, attorney's fees and costs, and for such further relief as this Court deems just, equitable, and proper.

## COUNT II – UNJUST ENRICHMENT

20. Synovus incorporates Paragraphs 1 through 15 as if fully stated herein.

21. Synovus conferred a benefit on Santana by paying him $200,000 pursuant to the Note.

22. Santana knew that the Note required him to pay back the $200,000 award plus interest in the event his employment with Synovus ended before the Note had been repaid.

23. Santana resigned his employment with Synovus on January 21, 2021, but Santana refused to repay Synovus the remaining balance due under the Note of $172,513.92.

24. It would be inequitable and unfair to allow Santana to retain this money.

25. Santana owes Synovus, at least, $172,513.92, exclusive of costs and attorney's fees.

**WHEREFORE**, Synovus hereby demands judgment against Santana for $172,513.92, plus pre-judgment interest at the default rate, post-judgment interest, attorney's fees and costs, and for such further relief as this Court deems just, equitable, and proper.

Respectfully submitted on April 12, 2022.

    */s/ Andrew T. Sarangoulis*
**Andrew T. Sarangoulis, Esq. (FL Bar No. 1002608)**
BURR & FORMAN LLP
350 East Las Olas Boulevard, Suite 1440
Ft. Lauderdale, FL 33301
Telephone: (954) 414-6200
Facsimile: (954) 414-6201
Email: asarangoulis@burr.com
Email: elisalopez@burr.com

*Counsel for Plaintiff Synovus Securities, Inc.*

**DEFENDANT TO BE SERVED**

Javier Santana
1650 SW Janette Avenue
Port Saint Lucie, Florida 34953

# EXHIBIT A

# Compensation Agreement and Promissory Note
## Synovus Securities, Inc.

**Financial Advisor – Javier Santana**
**Start Date – October 28, 2019**
**Supervisor – Joe Luchini**
**Location – Port St. Lucie, FL (CC 0044888)**

Dates and time periods set forth in this agreement are based on the official hire date and subject to change accordingly.

| | |
|---|---|
| **Upfront Transition Award:** | $200,000 (Approximately 50% of current Trailing 12 Revenue of $425,000 - tied to attached 7-year Promissory Note). Award to be paid within 30 days of start date. |
| **Transition Award - October 2020:** | $85,000 (20% of Trailing 12 Revenue if 50% of current Trailing 12 Revenue is achieved – tied to 6-year Promissory Note). |
| **Transition Award - October 2021:** | $63,750 (15% of Trailing 12 Revenue if 75% of current Trailing 12 Revenue is achieved – tied to 5-year Promissory Note). |
| **Monthly Guarantee / Commission:** | Greater of guarantee OR commission (calculated commissions based on individual production). First payment to be received November 22, 2019. |

**Monthly Guarantee**

- October 2019 – March 2020:        $6,000

OR

**Commission Payout Rate**

- October 28, 2019 – October 27, 2022:    45%
- October 28, 2022 and beyond:         Subject to the SSI Compensation Grid in effect at the time of payout.

_____    JAVIER SANTANA        10·18·19
Employee Signature        Employee Printed Name    Date

Rob P. Varner    Robert P. Varner    10·18·2019
Synovus Securities, Inc. Signature    Synovus Securities, Inc. Printed Name    Date

## Promissory Note

FOR VALUE RECEIVED, the undersigned promises to pay to the order of **Synovus Securities, Inc.** ("Company") the principal sum of **Two hundred Thousand** Dollars **($200,000.00)**, plus accrued interest based upon the Prime Rate as reported in the Money Rate column of The Wall Street Journal in effect as of the date of this Agreement minus one percent (1%), which interest rate shall not change until this Promissory Note is paid in full, with such principal and interest being payable in **Eighty-Four (84)** equal monthly installments of principal and interest, with the first installment of principal and interest being due on the first day of the month following the date of this Note, and the remaining installments of principal and interest being due on the first day of each month following the due date of the first installment until this Promissory Note is paid in full. For every month the undersigned remains employed with the Company, the installment for that month (including principal and interest) will be forgiven by the Company. In the event of the undersigned's death or total and permanent disability, the unpaid indebtedness under this Promissory Note shall be cancelled and the Company shall have no further rights to recover the unpaid indebtedness hereunder. The undersigned reserves the right to pre-pay this Note in whole or in part without penalty.

And to secure the payment of said amount, the undersigned hereby authorizes, irrevocably, any attorney of any Court of Record to appear for the undersigned in such Court, in term time or vacation, at any time after maturity, and confess a judgment, without process, in favor of the holder of this Note, for such amount as may appear to be unpaid thereon, together with reasonable costs of collection, including reasonable attorney's fees and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

All parties hereto severally waive presentment for payment, notice of dishonor, protest and notice of protest. In the event of any default, the undersigned agrees to pay all reasonable attorneys' fees and costs of collection to the extent permitted by law. This Promissory Note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Georgia.

In the event the undersigned's employment with Company is terminated for any reason other than death or disability, the entire amount of the remaining principal of the loan shall immediately become due to Company. In addition, upon such termination of employment, Company reserves the right to offset any indebtedness the undersigned owes Company under this Promissory Note or otherwise against any other amounts owed to the undersigned by Company at the time of such termination of employment.

_____(L.S.)

Date: _____10.18.19_____

# EXHIBIT B

## AFFIRMATION OF DEBT AND PAYMENT PLAN

Javiar Santana ("Santana") was an employee of Synovus Securities, Inc. ("SSI") until his resignation on January 21, 2021. In connection with Santana's employment, he executed the Promissory Note attached hereto as Exhibit "A" dated October 28, 2019 (the "Note"). The Note became immediately due upon Santana's resignation of employment with SSI. The current balance of the Note is $172,513.92 plus any accrued interest as provided for in the Note.

Santana has the intention and desire of satisfying his obligations under the Note according to its terms. However, Santana does not currently have the resources to immediately pay the full outstanding balance and all accrued interest according to the terms of the Note. SSI has agreed to accept and Santana has agreed to pay Three Hundred Dollars and 00/100 ($300.00) per month beginning on April 1, 2021, and continuing for twelve (12) consecutive months thereafter (the payments due on the first of each month). The balance of the Note and any accrued interest will then become due and payable and balloon on April 1, 2022. The monthly payments of $300.00 will be applied first to outstanding interest and then the remaining balance, if any, to principal. All of the terms and conditions of the Note remain in full force and effect. In consideration of this agreement, Santana also hereby releases SSI and its officers, directors and employees from any claims of any kind, whether in law or in equity, he may have or may have had relating to or arising out of his employment with SSI.

Santana will make all payments required herein to:

Synovus Securities, Inc.
Corporate Finance
Attn: Angela Wills
1111 Bay Ave., 2nd Floor
Columbus, GA 31901

This agreement is entered into this 26 day of MARCH, 2021.

_____
Javiar Santana

45197467 v1